AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE MANUEL MARTINEZ-OLAGUE | ) Case No. | |
| | ) | |
| | ) | **EP:25-M-05272-MAT** |
| *Defendant(s)* | ) | |

**FILED**
September 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Fidel Morales
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 18, 2025 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a) | did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer engaged in and on account of the performance of official duties, and such acts constituted only simple assault, involving neither the use of a deadly or dangerous weapon nor the infliction of bodily injury. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on September 22, 2025 at 02:00 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Lisamarie Gulley, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/22/2025

*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

On September 18, 2025, Jose Manuel MARTINEZ-OLAGUE, a United States Citizen, attempted to make entry into the United States by bypassing the designated pedestrian processing line at the Paso Del Norte Port of Entry. When approached by the primary CBPO, MARTINEZ-OLAGUE displayed aggressive behavior and refused to comply with lawful instructions.

Due to his noncompliance, the CBPO attempted to detain MARTINEZ-OLAGUE. At that time, MARTINEZ-OLAGUE forcefully resisted the officer's efforts. The primary CBPO radioed for assistance over her service radio. While attempting to control MARTINEZ-OLAGUE, the CBPO executed a foot sweep, causing both herself and MARTINEZ-OLAGUE to fall to the ground. During the struggle, the CBPO sustained injuries.

Several CBP officers responded to assist. Despite multiple commands, MARTINEZ-OLAGUE continued to resist, concealing his hands underneath his body while lying face down on the ground. It required the efforts of several officers to gain control and place MARTINEZ-OLAGUE in handcuffs.

Following the incident, in a custodial interview, MARTINEZ-OLAGUE admitted that he had not been fully compliant with the officers but claimed he did not intend to purposely assault them. He further admitted to having ingested alcohol and multiple narcotics earlier that morning.

Based on the information provided to me by law enforcement officers and my personal knowledge there is probable cause to believe that MARTINEZ-OLAGUE violated 18 U.S.C 111(a), by forcibly resisting, opposing, impeding and interfering with a federal officer while engaged in the performance of her official duties. This affidavit is for the purpose of establishing probable cause and does not contain all the facts known to me in this investigation.

Lisamarie Gulley
Case Agent